

```
2
```
Christian J. Younger, Bar No. 222983
**Younger & Hennecke, LLP**
1610 Arden Way, Suite 265
Sacramento, California 95815
(916) 564-8100 Telephone
(916) 564-8116 Facsimile

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA – MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>CHRISTOPHER MICHENER<br><br>Debtor. | Case No: 10-90723-E-7<br>DCN: CJY-1<br><br>Chapter 7<br><br>Date: March 31, 2010<br>Time: 10:30 am<br>Place: 1200 I Street, Suite 4, Modesto, CA |

### MOTION TO COMPEL CHAPTER 7 TRUSTEE
### TO ABANDON PROPERTY OF THE ESTATE

**TO THE HONORABLE RONALD H. SARGIS, STEPHEN C. FERLMANN/CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

CHRISTOPHER MICHENER ("Debtor") hereby moves this Court for an Order Granting Debtor's MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE based upon the following grounds:

1. Debtor originally filed a Chapter 7 bankruptcy case, bearing the case number 10-90723-E-7 on February 28, 2010.
2. Debtor owns and operates a small heating and air conditioning repair business named "ASAP Heating and Air Conditioning." A true and correct copy of Schedule B of the Debtor's Voluntary Petition is filed concurrently herewith as Exhibit "A" and incorporated herein by reference. This business has no marketable value outside the Debtor's own efforts. The tools and equipment needed to operate the business are listed and exempted on Schedules B and C

of Debtor's petition. This business is the Debtor's main occupation at the present time. The Debtor has invested substantial resources, time, and energy into this business and, because of the investment, wishes to keep operating at the present time. If the Debtor ceases operations, even for a short time, he will surely lose clientele, making it impossible to reopen and maintain its required expenses.

3. The heating and air conditioning repair company listed herein and operated by the Debtor, including the bank accounts, tools, and equipment, have a liquidation value of approximately $2,800, which is fully exempt under various sections of the California Code of Civil Procedure. A true and correct copy of Schedule C of the Debtor's Voluntary Petition is filed concurrently herewith as Exhibit "B" and incorporated herein by reference.

4. The equity in Property is exempted pursuant to C.C.P. Sections 704.070 and 704.060 as set forth in Debtor's Schedule C filed concurrently herewith in the List of Exhibits.

5. As the Property is protected and exempted, it is of inconsequential value to the bankruptcy estate, and there is nothing for the Trustee to administer to unsecured creditors.

DATED: March 3, 2010

/s/ Christian J. Younger
Christian J. Younger
Attorney for Debtor